HENRY REENS, Respondent, *v.* THE MAIL AND EXPRESS PUBLISHING COMPANY, Appellant.

*Reens* v. *Mail & Express Pub. Co.,* 10 Misc. Rep. 122, affirmed.
(Argued October 14 1896; decided October 30, 1896.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered November 5, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*William Irwin* for appellant.

*Edgar J. Nathan* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY, J., not voting.